# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 JUL 12 A 11:59

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Jason M. Parker

v.

(Full name of defendant(s))

Kenosha County Sheriff's Department

Sgt. Willstead

C.O. Smith, C.O. Rairie, C.O. Gaitan

Cpl. Carlos

Case Number: **17-C-0954**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_, and is located at
   (State)

   Kenosha County Jail Pre Trial Facility 1000 55th Street Kenosha, WI 53140
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Kenosha County Sheriff's Department, Sgt. Willstead, C.O. Smith, Cpl. Carlos, C.O. Rairie, C.O. Gaitan_
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Kenosha County Sheriff's Department 1000 55th Street Kenosha, WI 53140</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plaintiff Jason Parker Is An Inmate At Kenosha County Jail Pre Trial Facility In Kenosha Wisconsin. On May. 15, 2017 Kenosha County Sheriff's Department Officials Retaliated Against Plaintiff Parker For Filing Grievances And Contacting The Health Department Because Medical (KCCHS) Was Denying The Plaintiff Treatment. Out Of Respect The Plaintiff Waited For The Defendant C.O. Smith To Make Her Round And After She Did. The Plaintiff Tied His Sheet On The Bars, As He Used The Washroom, As Other Inmates Always Do, Most Officer's Allow It, As Long As It's Done In A Timely Fashion. (View Cameras) Almost Immediately As The Plaintiff Sat On The Toilet The Defendant Yelled On The Microphone Twice To Take The Sheet Down. The Plaintiff Couldn't Move At The Moment, So The Defendant Quickly Locked Other Inmates Down And Called For Back Up (View Cameras)(Inmates Were Instagating D&E-Block) Keep In Mind

Complaint – 2

The Plaintiff is housed in Cell D6 where there are two Kiosk one for D block and one for E block placed directly in front of the Plaintiff's Cell. The Kiosk is where inmates check their Funds Acct, Commissary, Acct. Bal, and tons of other things. Inmates on E block were also just excercising directly across the way shortly before. Inmates walk to the Kiosk over a hundred times a day and pace back and forth. The Right to Privacy: Inmates housed inside cells in a county jail was infringed by failure to provide toilets sheltered from general vision. Although it may have been humiliating and degrading to the Plaintiff to get pulled off the toilet in front of the entire D & E-block (units). The Defendant. C.O. Smith placed the Plaintiff in Segregation, without giving him his Hygiene Items, placed the Plaintiff in an Unsanitary Cell, and refused him of his Bible. The Sheriff's were walking pass laughing at the Plaintiff. The Plaintiff didn't receive a fair hearing or a chance to speak with Supervision about why he'd been placed there, his Hygiene, Bible or the Unsanitary Conditions of his Cell. Supervision SGT. Willstead And CPL. Carlos Authorized Seg. and Deliberately Ignored the Plaintiff's Request to Speak with them. The Plaintiff was Charged with 12 More Days in Seg. For Holding the Spoon and Dinner Tray for an Extra 10 mins. Demanding to Speak with Supervision. Officer Gaitan, Office Rairie, and other Sheriff's Harrassed and Tortured the Plaintiff while he was in Seg for a total of 36 days. Upon Release of Seg Jun. 20, 2017 Almost $200.00 Worth of Property was Also Missing. Plaintiff Seeks Damages. Violation of the Plaintiff's Constitutionally Protected Rights 1st Amendment. Cruel And Unusual. Right to Medical Aid. Right to Life. Vio. Of. 8th Amend.

Case 2:17-cv-00954-LA-WED   Filed 07/12/17   Page 3 of 5   Document 1

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I WOULD LIKE AN AWARD OF MONEY DAMAGES IN THE AMOUNT OF $5 MILLION

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __09__ day of __July__ 20__17__.

Respectfully Submitted,

*Jason Parker*
Signature of Plaintiff

__196__
Plaintiff's Prisoner ID Number

(Currently) Kenosha County Jail Pre-Trial Facility 1000 55th Street Kenosha W, 53140

(Home) 6411 39th Ave Kenosha, Wisconsin 53142
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5